IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SERGEY MKHITARYAN,

    Plaintiff,

v.                                                                                  Civ. No. 26-0062-KG-DLM

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.

ORDER OF DISMISSAL

This matter is before the Court following Plaintiff's failure to prosecute this *pro se* case. Plaintiff was detained at the Clark County Detention Center (CCDC) in Las Vegas, Nevada when he filed his opening Letter-Complaint Reporting Criminal Conduct.   (Doc. 1) (Letter-Complaint).   After submitting the Letter-Complaint, Plaintiff severed contact with this Court. (Doc. 3) (returned mailing envelope).   He did not update his address as required by D.N.M. Local Civil Rule 83.6.   By an Order entered June 23, 2026, the Court directed Plaintiff to notify the Clerk's Office of his current address.   *See* Doc. 5.   The Order warns that the failure to timely comply may result in dismissal of this case without further notice.

The deadline to provide an updated address expired no later July 23, 2026.   Plaintiff did not comply or otherwise respond to the Order, which was also returned as undeliverable.   *See* Doc. 7.   For these reasons, the Court will dismiss the Letter-Complaint without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders."   *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

IT IS ORDERED:

1. Plaintiff's Letter-Complaint Reporting Criminal Conduct (Doc. 1) is dismissed without

prejudice.

2. The Court will enter a separate judgment closing the civil case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.